# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

*E-Filed 5/3/05*

| | |
|---|---|
| CHUCK BROWNING, individually and on behalf of all persons similarly situated,  )<br>)<br>) | CIVIL ACTION NO. 04-1463 HRL |
| Plaintiff,  ) | |
| v.  ) | ORDER |
| YAHOO! INC.; CONSUMERINFO.COM, INC.; and EXPERIAN NORTH AMERICA, INC.;  )<br>)<br>) | |
| Defendants.  ) | |

## ORDER

This matter came before the Court on *Plaintiff's Notice of Motion And Motion For Leave To File Second Amended Class Action Complaint*. In his motion, plaintiff requests that his counsel be allowed to attend the hearing on said motion by telephone. The Court has considered plaintiff's request and finds that it should be granted. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED that plaintiff's counsel is granted leave to appear by telephone for any hearing the Court may conduct on plaintiff's pending motion for leave to file his second amended class action complaint.

Done this __3__ day of __May__, 2005.

/s/ Howard R. Lloyd
U.S. Magistrate Judge Howard R. Lloyd