1  E. Clayton Lowe, Jr. (*admitted pro hac vice*)
   Peter A. Grammas (*admitted pro hac vice*)
2  LOWE & GRAMMAS LLP
   Liberty Park
3  1952 Urban Center Parkway
   Vestavia Hills, AL  35242
4  Telephone:  (205) 380-2400
   Facsimile:   (205) 380-2408
5
   Gordon J. Finwall (SBN 141777)
6  FINWALL LAW OFFICES
   1501 The Alameda
7  San Jose, CA  95126
   Telephone:  (408) 350-4041
8  Facsimile:   (408) 350-4042

9  Attorneys for Plaintiff CHUCK BROWNING

10 John W. Edwards II, Esq. (SBN 213103)
   Hanley Chew, Esq. (SBN 189985)
11 JONES DAY
   2882 Sand Hill Road, Suite 240
12 Menlo Park, CA  94025
   Telephone:  (650) 739-3939
13 Facsimile:   (650) 639-3900

14 Richard J. Grabowski (SBN 125666)
   Marc K. Callahan (SBN 156616)
15 Marc S. Carlson (SBN 210592)
   JONES DAY
16 3 Park Plaza, Suite 1100
   Irvine, CA  92614-8502
17 Telephone:  (949) 851-3939
   Facsimile:   (949) 553-7539

18 Attorneys for Defendant YAHOO!, INC.

*E-filed 7/22/05*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHUCK BROWNING,<br><br>    Plaintiff,<br><br>    v.<br><br>YAHOO! INC., CONSUMERINFO.COM, INC.; and EXPERIAN NORTH AMERICA, INC.<br><br>    Defendant. | **Case No. C04-01463 HRL**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE TO AUGUST 30, 2005** |

LAI-2197019v1

1  Plaintiff Chuck Browning ("Plaintiff") and Defendant Yahoo!, Inc. ("Defendant"),
2  through their respective counsel, submit the following stipulation:
3  WHEREAS, the Court set a Case Management Conference for July 12, 2005, at 1:30 p.m.;
4  WHEREAS, all parties had not appeared in this action at the time of the July 12, 2005
5  Case Management Conference;
6  WHEREAS, the Court continued the July 12, 2005 Case Management Conference to
7  August 16, 2005, at 1:30 p.m.; and
8  WHEREAS, both counsel for the Plaintiff and counsel for the Defendant are unavailable
9  on August 16, 2005 and August 23, 2005, due to prior commitments and request the Court
10 continue the Case Management Conference two weeks, to August 30, 2005.
11 **NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE**
12 **PARTIES** that:
13 The Case Management Conference in this matter may be continued to August 30, 2005, at
14 1:30 p.m., when both counsel are available.
15 The parties will file a Joint Case Management Statement on or before August 23, 2005.

Dated: July 20, 2005                        Respectfully submitted,

                                            JONES DAY


                                            By:_____
                                                 Richard J. Grabowski

                                            Counsel for Defendant
                                            YAHOO!, INC.

Dated: July 20, 2005


                                            LOWE & GRAMMAS, LLP


                                            By:_____/S/_____
                                                 E. Clayton Lowe, Jr.

                                            Counsel for Plaintiff
                                            CHUCK BROWNING

LAI-2197019v1
                                    1

1
2  **OF COUNSEL:**

3  E. Clayton Lowe, Jr., Esq.
   Peter A. Grammas, Esq.
4  LOWE & GRAMMAS LLP
   Liberty Park, 1952 Urban Center Parkway
5  Vestavia Hills, Alabama 35242
   (205) 380-2400
6  (205) 380-2408 (fax)
   clowe@lowegrammas.com
7  pgrammas@lowegrammas.com

8  Gordon J. Finwall, Esq.
   FINWALL LAW OFFICES
   1501 The Alameda
9  San Jose, California 95126
   (408) 350-4041
10 (408) 350-4042 (fax)

11

12           **IT IS SO ORDERED.**

13
    Dated:  7/22/05                                    /s/ Howard R. Lloyd
14                                                 Howard R. Lloyd
                                                   United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAI-2197019v1
                                         2

1   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2   "conformed" signature (/S/) within this efiled document.

3
4   Dated: July 20, 2005                        Respectfully submitted,

5                                               JONES DAY

6
7                                               By:_____
                                                    Richard J. Grabowski
8                                               Counsel for Defendant
                                                YAHOO!, INC.
9

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAI-2197019v1

3