*E-Filed 12/6/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK BROWNING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YAHOO! INC., CONSUMERINFO.COM, INC.<br>and EXPERIAN NORTH AMERICAN, INC.,<br><br>　　　　Defendants.<br>_____/ | Case No.  C04-01463 HRL<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

　　　Pursuant to the parties' joint request, a Case Management Conference is set for **January 3, 2006 at 1:30 p.m** in Courtroom 2.  The parties shall submit a joint statement describing the status of the case and the issues currently presented for the court's attention no later than **December 27, 2005**.  All case management dates previously set in this case are vacated.

　　　IT IS SO ORDERED.

Dated: 11/30/05

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 | THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

| | |
|---|---|
| Marc Stephen Carlson | mscarlson@jonesday.com, tmmead@jonesday.com |
| Hanley Chew | hchew@jonesday.com |
| John W. Edwards | jwedwards@jonesday.com |
| Gordon John Finwall | Gordon@Finwalllaw.com, finwall@sbcglobal.net |
| Richard Joseph Grabowski | rgrabowski@jonesday.com |
| Peter A. Grammas | pgrammas@lowegrammas.com |
| Clay Lowe | clowe@lowegrammas.com |

Dated: 12/6/05

/s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd