*E-filed 3/24/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK BROWNING, | Case No. C04-01463 HRL |
| Plaintiff, | **ORDER SETTING DATE FOR HEARING ON PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND SETTLEMENT CLASS** |
| v. | |
| YAHOO! INC., CONSUMERINFO.COM, INC. and EXPERIAN NORTH AMERICAN, INC., | |
| Defendants. | |

On February 28, 2006, the parties filed a "Joint Motion for Certification of Tentative Settlement Class, Preliminary Approval of Proposed Settlement, Approval and Direction of the Notice Plan, Appointment of Class Counsel, and Appointment of a Settlement Administrator." They submitted supplemental briefing in support on March 16, 2006.

A hearing on these matters will be held on May 8, 2006 at 10:00 a.m. in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California.

In the interim, the parties are ordered forthwith to serve (and file proof of service) a copy of their papers[1] and this order on the United States Federal Trade Commission at:

//

//

//

---

[1] Including the Motion for Certification, the Memorandum in Support, the Appendix, the Supplemental Filing, and the Proposed Order.

1  Western Regional Office
2  Federal Trade Commission
   901 Market Street, Suite 570
3  San Francisco, CA 94103

4  **IT IS SO ORDERED.**

5  Dated:  3/24/06                                             /s/ Howard R. Lloyd
                                                               HOWARD R. LLOYD
6                                                              UNITED STATES MAGISTRATE JUDGE

2

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

| | |
|---|---|
| Marc Stephen Carlson | mscarlson@jonesday.com, tmmead@jonesday.com |
| Hanley Chew | hchew@jonesday.com |
| John W. Edwards | jwedwards@jonesday.com |
| Gordon John Finwall | Gordon@Finwalllaw.com, finwall@sbcglobal.net |
| Richard Joseph Grabowski | rgrabowski@jonesday.com |
| Peter A. Grammas | pgrammas@lowegrammas.com |
| Clay Lowe | clowe@lowegrammas.com |

Dated: 3/24/06

/s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd