*E-filed 8/10/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK BROWNING,<br><br>           Plaintiff,<br><br>   v.<br><br>YAHOO! INC., CONSUMERINFO.COM, INC., and EXPERIAN NORTH AMERICA, INC.,<br><br>           Defendants. | Case No. C04-01463 HRL<br><br>**THIRD INTERIM ORDER ON JOINT MOTION FOR CERTIFICATION OF TENTATIVE SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT, ETC.**<br><br>**Re Docket No. 103** |

On May 8, 2006, following a preliminary approval hearing, the court took under submission the parties' Joint Motion for Certification of Tentative Settlement Class, Preliminary Approval of Proposed Settlement, Approval and Direction of the Notice Plan, Appointment of Class Counsel, and Appointment of Settlement Administrator ("Joint Motion"). Then, the court issued an Interim Order describing its questions and reservations about the proposed settlement, particularly the breadth of the class definition and the sweeping scope of the release, and asked the parties to reply. The parties replied and proposed new release language. After reviewing their new submission, the court issued a Second Interim Order focusing on its still-lingering concern about the broad scope of the proposed release. It suggested that the parties try again. They have done so.

The court is now in receipt of a Joint Memorandum In Response to the Second Interim Order. In it the parties propose two versions of substitute language for subpart (2) of the release. Alternative A would release claims based on "any Released Party's selling, providing or performing (or representing that such person can or will sell, provide, or perform) the service of improving a consumer's credit record, history or rating (including providing advice or assistance to the consumer with regard to improving the consumer's credit record, history, or rating), where the stated basis of the claim is about improvement of a consumer's credit record, history, or rating." Alternative B would release claims based on "any Released Party's selling, providing or performing (or representing that such person can or will sell, provide, or perform) any service, advice, or assistance with regard to improving a consumer's credit record, history, or rating."

Of the two, Alternative A satisfies the court's current concerns about the scope of the release, and the court invites a new motion for preliminary approval of a settlement.

**IT IS SO ORDERED.**

Dated: August 9, 2006



HOWARD R. LLOYD

UNITED STATES MAGISTRATE JUDGE

2

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Marc Kirby Callahan mkcallahan@jonesday.com

Marc Stephen Carlson mscarlson@jonesday.com, tmmead@jonesday.com

Hanley Chew hanley.chew@usdoj.gov, hanleychew@hotmail.com

Bryson Reid Cloon bryson@cloonlaw.com, april@cloonlaw.com; jeaontheroad@hotmail.com

Jerome R. Doak jrdoak@jonesday.com, cecox@jonesday.com

John W. Edwards jwedwards@jonesday.com,

Gordon John Finwall Gordon@Finwalllaw.com, finwall@sbcglobal.net

Richard Joseph Grabowski rgrabowski@jonesday.com,

Peter A. Grammas pgrammas@lowegrammas.com,

Clay Lowe clowe@lowegrammas.com

David Clark Zucker zuckerlaw@sbcglobal.net, dkzucker@sbcglobal.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

A courtesy copy will be mailed to:

Michael W. Blanton
Swanson Midgley LLC
Suite 400
2420 Pershing Rd
Kansas City, MO 64108


Dated:  8/9/06                               /s/  JMM
                                        Chambers of Magistrate Judge Howard R. Lloyd