**United States District Court**
For the Northern District of California

1

2

3                                                                    *E-filed 11/15/06*

4

5

6

7                                    NOT FOR CITATION

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11   CHUCK BROWNING,                             Case No.  C04-01463 HRL

12           Plaintiff,                          **ORDER SETTING DATE FOR**
                                                 **HEARING ON PRELIMINARY**
13       v.                                      **APPROVAL OF PROPOSED**
                                                 **SETTLEMENT AND SETTLEMENT**
14                                               **CLASS**
     YAHOO! INC., CONSUMERINFO.COM, INC.
15   and EXPERIAN NORTH AMERICA, INC.,

16           Defendants.
     _____/
17

18           On October 13, 2006, the parties filed a "Joint Motion for Certification of Tentative

19   Settlement Class, Preliminary Approval of Proposed Amended Settlement, Approval and

20   Direction of the Notice Plan, Appointment of Class Counsel, and Appointment of Settlement

21   Administrator."

22           A hearing on these matters will be held on December 12, 2006 at 10:00 a.m. in

23   Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose,

24   California.

25   ///

26   ///

27   ///

28   ///

The parties shall serve this order on the appropriate federal and state officials identified in 28 U.S.C. § 1715(a).  The parties shall also file with the court a proof of service with respect to the notice claimed on page 32 of the Memorandum in Support of the Joint Motion.

**IT IS SO ORDERED.**

Dated:    11/14/06                                    /s/  Howard R. Lloyd
                                                                   HOWARD R. LLOYD
                                                                   UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Marc Kirby Callahan mkcallahan@jonesday.com

Marc Stephen Carlson mscarlson@jonesday.com, tmmead@jonesday.com

Hanley Chew hanley.chew@usdoj.gov, hanleychew@hotmail.com

Bryson Reid Cloon bryson@cloonlaw.com, april@cloonlaw.com;
jeaontheroad@hotmail.com

Jerome R. Doak jrdoak@jonesday.com, cecox@jonesday.com

John W. Edwards jwedwards@jonesday.com,

Gordon John Finwall Gordon@Finwalllaw.com, finwall@sbcglobal.net

Richard Joseph Grabowski rgrabowski@jonesday.com,

Peter A. Grammas pgrammas@lowegrammas.com,

Clay Lowe clowe@lowegrammas.com

David Clark Zucker zuckerlaw@sbcglobal.net, dkzucker@sbcglobal.net

A courtesy copy will be mailed to:

Michael W. Blanton
Swanson Midgley LLC
Suite 400
2420 Pershing Rd
Kansas City, MO 64108

Dated:   11/15/06

____ /s/ JMM _____
Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

3