*E-filed 8/1/07*

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| CHUCK BROWNING | **CASE NO.** C04-01463 HRL |
| Plaintiff(s), | **ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| v. | |
| YAHOO! INC., CONSUMERINFO.COM, EXPERIAN NORTH AMERICA, INC. | |
| Defendant(s). | |

CHARLES M. THOMPSON, an active member in good standing of the bar of the state of Alabama whose business address and telephone number is:

5615 Canongate Ln.,
Birmingham, Alabama 35242
(205) 995 0068

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Objector, Aron Noell Griffis.

IT IS HEREBY ORDERED THAT the application is DENIED as Moot and because the application does not meet the conditions of Civil L.R. 11-3(a)(3).

Dated:   8/1/07



Howard R. Lloyd
United States Magistrate Judge