*E-filed 8/8/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK BROWNING, | No. C04-01463 HRL |
| Plaintiff, | **INTERIM ORDER FOLLOWING FINAL FAIRNESS HEARING** |
| v. | |
| YAHOO! INC., CONSUMERINFO.COM, INC., and EXPERIAN NORTH AMERICA, INC., | |
| Defendants. | |

The court held a final fairness hearing on July 31, 2007, at which counsel for the parties appeared, in addition to counsel for several objectors.

Following that hearing and good cause appearing:

1. Defense counsel shall promptly file a report to the court describing any pending class actions against any defendant in this action which allege a violation of the Credit Repair Organization Act. If none, the report shall so state.

2. Counsel for both sides shall collaborate in the preparation of and then submit a proposed comprehensive order granting final approval of the class settlement.

**IT IS SO ORDERED.**

Dated: 8/8/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

2  Marc Kirby Callahan   mkcallahan@jonesday.com

3  Marc Stephen Carlson   mscarlson@jonesday.com, tmmead@jonesday.com

4  Bryson Reid Cloon   bryson@cloonlaw.com, april@cloonlaw.com,
5  jeaontheroad@hotmail.com

6  John William Davis   john@johnwdavis.com

7  A.J. De Bartolomeo   ajd@girardgibbs.com, cme@girardgibbs.com

8  Jerome R. Doak   jrdoak@jonesday.com, cecox@jonesday.com

9  John W. Edwards   jwedwards@jonesday.com

10  Gordon John Finwall   Gordon@Finwalllaw.com, finwall@sbcglobal.net

11  Daniel C. Girard   girardgibbs@girardgibbs.com, cma@girardgibbs.com

12  Richard Joseph Grabowski   rgrabowski@jonesday.com

13  Peter A. Grammas   pgrammas@lowegrammas.com

14  Robert Stephen Griffis   rsglaw@bellsouth.net

15  Steven F. Helfand   steven@stevenhelfand.com, help@stevenhelfand.com

16  James Garrett Kendrick   jgk@private-ag.com

17  Clay Lowe   clowe@lowegrammas.com

18  Lawrence William Schonbrun   lschon@inreach.com

19  Edward Frank Siegel   efsiegel@efs-law.com, efsiegel@apk.net

20  David Clark Zucker   zuckerlaw@sbcglobal.net, dkzucker@sbcglobal.net

21  Raymond Cooper
    Post Office Box 22327
22  Indianapolis, IN 46222-0327

23
    Michael W. Blanton
24  Swanson Midgley LLC
    2420 Pershing Rd, Ste. 400
25  Kansas City, MO 64108

26  * Counsel are responsible for providing copies of this order to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

27  Date:   8/8/07

28                                     _____/s/ KRO_____
                                    Chambers of Magistrate Judge Howard R. Lloyd

2