*E-filed 11/16/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK BROWNING,<br><br>    Plaintiff,<br><br>  v.<br><br>YAHOO! INC., CONSUMERINFO.COM, INC., and EXPERIAN NORTH AMERICA, INC.,<br><br>    Defendants. | No. C04-01463 HRL<br><br>**FINAL JUDGMENT** |

This matter came before the Court on the parties' joint application for final approval of the Amended Settlement Agreement (Docket No. 132-2) and on the Plaintiff's motion for attorney's fees and expenses. (Docket No. 176).

The judgment that follows is based on this court's findings of fact and conclusions of law set forth in the Court's separate Order Granting Joint Motion For Final Approval Of Amended Settlement And Dismissing Action With Prejudice ("the Order").

After consideration thereof, IT IS ORDERED ADJUDGED AND DECREED THAT:

1. The Order is expressly incorporated herein by this reference.

2. The Amended Settlement Agreement is expressly incorporated herein by this reference, and the Court directs the parties to implement it.

//

3. Nothing in the Order, this Final Judgment, or the Amended Settlement Agreement shall prevent Defendants from complying with their obligations under state and federal law (as it may exist now or in the future), or from making changes to adjust their websites if consistent with applicable statutes, statutory amendments, exemptions, regulations, or caselaw precedent.

4. Included in this Final Judgment is the award of attorneys' fees and expenses in the amount of $2.55 million as set forth in the Order, to be paid in accordance with the terms of the settlement agreement.

5. This entry of final judgment is made pursuant to Federal Rule of Civil Procedure 54(b), upon the express determination that there is no just reason for delay. The Clerk of the Court is directed to enter this Final Judgment, and, upon entry, it shall be deemed appealable.

Dated: 11/16/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

2 Marc Kirby Callahan mkcallahan@jonesday.com

3 Marc Stephen Carlson mscarlson@jonesday.com, ataylor@jonesday.com

4 Bryson Reid Cloon bryson@cloonlaw.com, april@cloonlaw.com, jeaontheroad@hotmail.com

5 John William Davis john@johnwdavis.com

A.J. De Bartolomeo ajd@girardgibbs.com, cme@girardgibbs.com

6 Jerome R. Doak jrdoak@jonesday.com, cecox@jonesday.com

7 John W. Edwards jwedwards@jonesday.com

Gordon John Finwall Gordon@Finwalllaw.com, finwall@sbcglobal.net

8 Daniel C. Girard girardgibbs@girardgibbs.com, cma@girardgibbs.com

9 Richard Joseph Grabowski rgrabowski@jonesday.com

10 Peter A. Grammas pgrammas@lowegrammas.com

Robert Stephen Griffis rsglaw@bellsouth.net

11 Steven F. Helfand steven@stevenhelfand.com, help@stevenhelfand.com

12 James Garrett Kendrick jgk@private-ag.com

Clay Lowe clowe@lowegrammas.com

13 Lawrence William Schonbrun lschon@inreach.com

14 Edward Frank Siegel efsiegel@efs-law.com, efsiegel@apk.net

15 David Clark Zucker zuckerlaw@sbcglobal.net, dkzucker@sbcglobal.net

16 Michael W. Blanton                          Darrell Palmer
17 Swanson Midgley LLC, Ste. 400              Law Offices of Darrell Palmer
   2420 Pershing Rd                           603 North Highway 101, Suite A
18 Kansas City, MO 64108                      Solano Beach, CA 92075

19
20 Raymond Cooper                             Charles M Thompson
   Post Office Box 22327                      5615 Canongate lane
21 Indianapolis, IN 46222-0327                Birmingham, AL 35242

22
   Kenneth E. Nelson
23 Nelson Law Firm, PC
24 2900 City Center Square
   1100 Main Street
25 Kansas City, MO 64105

26
27 * Counsel are responsible for providing copies of this order to co-counsel.

28