**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                                General Court Number
Clerk                                                                                                                                    408.535.5364

May 5, 2008

CASE NUMBER:   **CV 04-01463 HRL**
CASE TITLE:   **Browning-v- Yahoo!, Inc.**
DATE MANDATE FILED:   5/2/8

TO COUNSEL OF RECORD:

 The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

 Sincerely,

 RICHARD W. WIEKING, Clerk


 by: Betty Walton
 Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

**Gordon John Finwall**
Finwall Law Offices
1501 The Alameda
San Jose, CA 95126

**John Gibbs Dana**
Lowe, Grammas, Hitson & Dana LLP
3500 Blue Lake Drive, Suite 209
Birmingham, AL 35243

**Peter A. Grammas**
Lowe, Grammas, Hitson & Dana LLP
3500 Blue Lake Drive, Suite 209
Birmingham, AL 35243


**Lawrence William Schonbrun**
Law Offices of Lawrence W. Schonbrun
86 Eucalyptus Road
Berkeley, CA 94705


**Richard Joseph Grabowski**
3 Park Plaza, Suite 1100
Irvine, CA 92614


**John W. Edwards**
Jones, Day, Reavis & Pogue
2882 Sand Hill Road
Suite 240
Menlo Park, CA 94025


**Jerome R. Doak**
Jones Day
2727 North Harwood St.
Dallas, TX 75201


**Marc Kirby Callahan**
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA 92614

**Marc Stephen Carlson**
Jones Day
3 Park Plaza
Ste. 1100
Irvine, Ca 92614


**Raymond Cooper**
Post Office Box 22327
Indianapolis, IN 46222-0327

**Bryson Reid Cloon**
Cloon Law Firm
One Hallbrook Place
11150 Overbrook Rd. #350
Leawood, KS 66211

**David Clark Zucker**
Suite 310
28494 Westinghouse
Santa Clarita, CA 91355

**Michael W. Blanton**
Swanson Midgley LLC
Suite 400
2420 Pershing Rd
Kansas City, MO 64108


CRIMINAL    -       Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office



NDC App-16