**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 02 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHUCK BROWNING, individually, and on behalf of all persons similarly situated; Marty Evans, Class Member,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>YAHOO!,INC.; CONSUMER INFO.COM, INC.; EXPERIAN NORTH AMERICA, INC.,<br><br>    Defendants - Appellees,<br><br>and<br><br>RODNEY ASHBURN; ELBA BARNES; ROBERT BERINGHAUS; STACY M. CHARLES; JULIA CHUANG; STEPHANIE DAUGHERTY; LAVANYA JAGADISH; BRIAN KING; DAN LALASZ; MATT LUCAS; ANDREW NEWHARD; BRIAN O'SHEA; KARIN PIET; CHRISTOPHER WHITE,<br><br>    Appellants. | No. 07-17266<br><br>D.C. No. CV-04-01463-HRL<br>Northern District of California,<br>San Jose<br><br>ORDER |

| | |
|---|---|
| CHUCK BROWNING, individually, and on behalf of all persons similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> YAHOO!,INC.; et al., <br><br> Defendants - Appellees <br><br> and <br><br> JOSHUA HAZAN, <br><br> Appellant. | No. 07-17324 <br><br> D.C. No. CV-04-01463-HRL <br> Northern District of California, <br> San Jose |
| CHUCK BROWNING, individually, and on behalf of all persons similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> YAHOO!,INC.; et al., <br><br> Defendants - Appellees. | No. 07-17325 <br><br> D.C. No. CV-04-01463-HRL <br> Northern District of California, <br> San Jose |

| | |
|---|---|
| CHUCK BROWNING, individually, and on behalf of all persons similarly situated; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> YAHOO!,INC.; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> NORMAN PALMER; RICHARD OSTER; JEFF HEINRICHS, <br><br> Objectors - Appellants. | No. 07-17326 <br><br> D.C. No. CV-04-01463-HRL <br> Northern District of California, <br> San Jose |

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: C. Lewis Ross
Circuit Mediator

clr/mediation